**SO ORDERED.**

**SIGNED this 18 day of August, 2011.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

SCOTT TIMOTHY JOHNSON,                    CASE NO. 11-02187-8-JRL
                                          CHAPTER 13
    DEBTOR.

_____

### ORDER

This matter came before the court on the debtor's second motion to stay the order granting Pike Creek, Inc. ("Pike Creek") relief from the automatic stay pending appeal.

The debtor originally filed a pro se motion to stay the order pending appeal on July 26, 2011. The court denied his motion on August 9, 2011. The debtor then filed a second motion again asking that the court's order be stayed pending appeal. For the same reasons discussed in the court's August 9, 2011 order, the motion for stay pending appeal is **DENIED**. Any future motions filed by the debtor requesting the court's order be stayed pending appeal should be filed in the United States District Court for the Eastern District of North Carolina.

**END OF DOCUMENT**