```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                      SOUTHERN DIVISION
                     NO. 7:11-CV-181-H
```

| | |
|---|---|
| SCOTT TIMOTHY JOHNSON,    ) | |
|     Debtor-Appellant,     ) | |
|                             ) | |
|       v.                       ) | **ORDER** |
|                             ) | |
| PIKE CREEK, INC.,          ) | |
|     Creditor-Appellee.     ) | |

```
       ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     WILMINGTON DIVISION
```

On October 14, 2011, an order was entered requiring Debtor-Appellant to show cause why his appeal should not be dismissed pursuant to Bankruptcy Rule 8001(a). Debtor-Appellant responded to the order and requested an extension of time to file his brief. This court granted Debtor-Appellant's request and extended the time for filing his appellate brief until November 14, 2011. The period of extension has now expired, and Debtor-Appellant has neither filed his brief nor requested an additional extension of time. Pursuant to Bankruptcy Rule 8001(a), the court hereby DISMISSES Debtor-Appellant's appeal for failure to file his appellate brief as previously ordered by this court. The clerk is directed to close this case.

     This 21st day of November 2011.

                                      /s/ Malcolm J. Howard
                                      MALCOLM J. HOWARD
                                      Senior United States District Judge

At Greenville, NC
#31